# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-30638
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ismael Moises Haynes,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-71-1

———————————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Ismael Moises Haynes pled guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Before sentencing, he moved to withdraw his plea in light of *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. 1 (2022), which altered the Second Amendment landscape. The district court denied that motion, concluding that felons are not part of

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30638

"the people" protected by the Second Amendment.[1]  Haynes appealed, raising a facial challenge to Section 922(g)(1).

We recently addressed a facial challenge to Section 922(g)(1), holding that facial challenges to the provision fail because at least one application is constitutional.  *United States v. Diaz*, 116 F.4th 458, 471–72 (5th Cir. 2024).  As Haynes makes clear in his briefing, he raises only a facial challenge, not an as-applied challenge.  Therefore, his sole issue on appeal is foreclosed.  *See United States v. French*, 121 F.4th 538, 538 (5th Cir. 2024).

We remove this appeal from abeyance and AFFIRM.

---

[1] We recently rejected this idea.  *United States v. Diaz*, 116 F.4th 458, 466–67 (5th Cir. 2024).